## The County of Edgar v. Granville A. Sanders.

1. FORMER DECISIONS—*Followed.*—The County of Edgar v. John Middleton (*ante*) governs this case.

Assumpsit, for services rendered. Appeal from the Circuit Court of Edgar County; the Hon. FRANK K. DUNN, Judge, presiding. Heard in this court at the May term, 1899. Affirmed. Opinion filed December 13, 1899.

H. S. TANNER, attorney for appellant.

J. W. HOWELL, F. W. DUNDAS and J. E. DYAS, attorneys for appellee.

OPINION PER CURIAM.

The facts in this case are identical with those in the case of County of Edgar v. Middleton, decided at this term, except that appellee in this case was employed as an engineer to run the heating plant for the court house and jail and to keep the court house lawn in order.

The judgment will be affirmed, for the reasons expressed in the opinion filed in that case. Judgment affirmed.